01-15-00825-CR



# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

September 21, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/29/2015 11:25:30 AM
CHRISTOPHER A. PRINE
Clerk

JUAN M. CONTRERAS
ATTORNEY OF RECORD
102 SOUTH LOCKWOOD
HOUSTON TX 77011

Defendant's Name: DESHAUN D. JACKSON

Cause No: 1434297

Court: 183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:** 09/16/15
**Sentence Imposed Date:** 09/16/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** JUAN M. CONTREARAS

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

BILLY JALUFKA (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas  77210-4651

Cause No. 1434297

## THE STATE OF TEXAS
### V.

Deshaun Jackson , A/K/A/ _____

_____ District Court / County Criminal Court at Law No. _____

Harris County, Texas

**FILED**
Chris Daniel
District Clerk

SEP 16 2015

Time: _____

By _____

Harris County, Texas

Deputy

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On **SEP 16 2015** (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

- [x] MOVES to withdraw
- [ ] ADVISES the court that he will CONTINUE to represent the defendant on appeal

09-
**Date**

**Attorney (Signature)**

Deshaun Jackson
**Defendant (Printed name)**

Paul Morgan
**Attorney (Printed name)**

24077192
**State Bar Number**

723 Main St.
**Address**

2813869773
**Telephone Number**

The defendant (check all that apply):

- [ ] REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

- [ ] ASKS the Court to ORDER that a free record be provided to him

- [ ] ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

**Defendant (Signature)**

Paul Morgan   Deshaun Jackson
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON **SEP 16 2015**

By Deputy District Clerk of Harris County Texas _____

# ORDER

On __9/16/15__ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time

☑ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☑ employing counsel and/or paying for a clerk's and court reporter's record

The Court ORDERS that

☐ Counsel's motion to withdraw is GRANTED / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☐ Defendant's / appellant's motion is GRANTED and

    ☐ Attorney _____
    Bar Card Number_____ SPN Number _____
    IS APPOINTED to represent defendant / appellant on appeal

    ☐ Harris County Public Defender's Office (HCPD) is APPOINTED to represent defendant/appellant on appeal
    Assistant Public Defender Assigned by HCPD _____
    Bar Card Number_____ SPN Number _____

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant

BAIL IS

☐ SET at $_____

☐ TO CONTINUE as presently set

☐ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED __9/16/15__

_____
JUDGE PRESIDING,
DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1434297

THE STATE OF TEXAS

IN THE 183 DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. _____

Deshaun Jackson , Defendant

HARRIS COUNTY, TEXAS

**FILED**
Chris Daniel
District Clerk

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

SEP 16 2015

I, judge of the trial court, certify this criminal case:

Time: _____

Harris County, Texas

☒ is not a plea-bargain case, and the defendant has the right of appeal. [or] By_____

Deputy

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____
Judge

**SEP 1 6 2015**

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: 6618 Tierwester

State Bar of Texas ID number: 24077192

Telephone number: 832-207-3374

Mailing Address: 723 Main St.

Fax number (if any): _____

Telephone number: 2813867773

Fax number (if any): 7132392395

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal" TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

9/1/2011

# APPEAL CARD

1st

Court 183     11-15-15     Cause No. 1434297

## The State of Texas
## Vs

Deshaun Demarcus Jackson

9-16-15

**Date Notice Of Appeal:** SEP 1 6 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Vanessa Velasquez

**Court Reporter** Billy Jalufka

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** Paul Morgan

**Attorney on Appeal** TBD

**Appointed_____ Hired_____**

**Offense** Agg Robbery - Deadly Weapon

**Jury Trial** Yes ✓ No_____

**Punishment Assessed** 20 yrs TDC

**Companion Cases (If Known)** N/A

**Amount of Appeal Bond** $0

**Appellant Confined:** Yes ✓ No_____

997/22

**Date Submitted To Appeal Section** 9-17-15

**Deputy Clerk** AM